# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

JASON L. HOUSTON                                                                                           PLAINTIFF
REG. #31420-045

v.                                            2:18CV00162-KGB-JTK

PRUITT, et al.                                                                                                    DEFENDANTS

## ORDER

Having reviewed Plaintiff's Amended Complaint (Doc. No. 8) for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's sexual harassment claim against Defendant Hollister.

The Clerk of the Court shall prepare summons for the Defendant C. Hollister and the United States Marshal is directed to serve a copy of the Amended Complaint (Doc. No. 8) and summons on the Defendant, the United States Attorney for this district, and the United States Attorney General, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 6th day of March, 2019.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

1