IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JASON L. HOUSTON                                                                               PLAINTIFF
REG. #31420-045

v.                          Case No. 2:18-cv-00162-KGB-JTK

PRUITT, *et al.*                                                                              DEFENDANTS

## ORDER

Pending before the Court are defendant Cord Hollister's motion for summary judgment and two Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. Nos. 11, 24, 28). No objections have been filed to the Proposed Findings and Recommendations, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. Nos. 11, 28).

The Court dismisses without prejudice plaintiff Jason L. Houston's claims against defendants Pruitt and Smith for failure to state a claim upon which relief may be granted and dismisses Mr. Houston's retaliation claim against Mr. Hollister (Dkt. No. 11, at 5). The Court also grants Mr. Hollister's motion for summary judgment, concluding that Mr. Houston failed to exhaust his administrative remedies (Dkt. No. 24). Therefore, the Court dismisses without prejudice Mr. Houston's remaining claims against Mr. Hollister.

So ordered this 11th day of February, 2020.

                                                                                           _/s/ Kristine G. Baker_
                                                                                           Kristine G. Baker
                                                                                           United States District Judge