IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JASON L. HOUSTON　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
REG. #31420-045

v.　　　　　　　　Case No. 2:18-cv-00162-KGB-JTK

PRUITT, *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Jason L. Houston's complaint and amended complaint are hereby dismissed without prejudice (Dkt. Nos. 1, 8).

It is so adjudged this 11th day of February, 2020.

_____
Kristine G. Baker
United States District Judge